UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20756-CIV-ALTONAGA/Damian

**CINTHYA SOZA**,

      Plaintiff,
v.

**FRITANGA EL CHELE, INC.**; *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Guadalupe Navas's Answer and Affirmative Defenses [ECF No. 29], filed on April 21, 2023. Because Guadalupe Navas has now appeared in the case, it is

**ORDERED** as follows:

1. The Clerk's Default **[ECF No. 24]** and the Order on Default Final Judgment Procedure **[ECF No. 26]** are **SET ASIDE** only as to Defendant Guadalupe Navas.

2. The Clerk's Default and the Order on Default Final Judgment Procedure remain in effect as to Defendant Fritanga El Chele, Inc. Fritanga El Chele, Inc. is reminded that, as an artificial entity, it is not permitted to proceed *pro se*. (*See* April 7, 2023 Order [ECF No. 16] (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985))).

**DONE AND ORDERED** in Miami, Florida, this 21st day of April, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record