UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20756-CIV-ALTONAGA/Damian

**CINTHYA SOZA**,

    Plaintiff,
v.

**FRITANGA EL CHELE, INC.**; *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [ECF No. 36], filed on May 5, 2023. The parties have settled this case, involving claims brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, and jointly represent that Plaintiff "will be paid a total of $2,500.00 as full relief and compensation of any alleged unpaid overtime wages, minimum wages, and liquidated damages under the FLSA, as well as any and all other claims for loss wages brought pursuant to the FLSA." (Mot. 5). While settlement of FLSA claims typically requires court approval, *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982), where a plaintiff is offered full compensation on his or her FLSA claim, no compromise is involved, and judicial approval is not required. *See Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The parties' joint request in their Motion **[ECF No. 36]** is **GRANTED**.

2. The Settlement Agreement [ECF No. 36-1] between Plaintiff Cinthya Y. Soza and Defendants Fritanga El Chele, Inc., Jorge M. Navas, and Guadalupe M. Nava, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**. Each party shall bear its own costs and attorney's fees except as otherwise agreed.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2023.

*[signature]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record